```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 8, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SERVICIOS PARLAMENTARIOS REMO SA
DE C.V.,

                Plaintiff,

   -against-

R D PRECIOUS METALS, INC. et al,

               Defendant.
-------------------------------------------------------------X

**21 Civ. 05612 (PAC)**
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

    The above entitled action has been on the Court's active docket since June 28, 2021, and there having been no activity since June 29, 2021, it is,

    ORDERED, that the above-entitled action is DISMISSED, without prejudice. Either party shall notify the Court in the event this matter should be reinstated. The Clerk of Court is directed to terminate this case.

Dated:  New York, New York
          March 8, 2023

                                                    SO ORDERED

                                                    _____
                                                    PAUL A. CROTTY
                                                    United States District Judge